Docket: **09-CV-60828-Gold-McAliley**

Marrakush Society   V   CITY OF HOLLYWOOD, INC
- HOLLYWOOD POLICE DEPARTMENT
- RICHARD LOSENBECK
- MARC TORTORICI
- MANNY MARINO



FILED by ___VT___ D.C.
ELECTRONIC

**June 3, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

COMPLAINT #: 1430-50909

ATTN: United States District Court For the Southern District of Florida

## STATEMENT OF FACTS CAUSE FOR ACTION COMMENCEMENT AFFIDAVIT

**I AFFIRM** that, to the best of my knowledge, information, and reasonable recollection, the accused committed the offenses charged. This complaint is based upon the following facts and circumstances:

| | |
|---|---|
| Accused: CITY OF HOLLYWOOD<br>Nationality: U.S. CITIZEN<br>Residential State: STATE OF FLORIDA<br>Employment: STATE OF FLORIDA | Accused: HOLLYWOOD POLICE DEPARTMENT<br>Nationality: U.S. CITIZEN<br>Residential: State: STATE OF FLORIDA<br>Employment: CITY OF HOLLYWOOD. INC |
| Accused: RICHARD LOSENBECK<br>Nationality: UNITED STATES OF AMERICA<br>Residential State: STATE OF FLORIDA<br>Employment: HOLLYWOOD POLICE DEPARTMENT | Accused: MARC TORTORICI<br>Nationality: UNITED STATES OF AMERICA<br>Residential State: STATE OF FLORIDA<br>Employment: HOLLYWOOD POLICE DEPARTMENT |
| Accused: MANNY MARINO<br>Nationality: UNITED STATES OF AMERICA<br>Residential State: STATE OF FLORIDA<br>Employment: HOLLYWOOD POLICE DEPARTMENT | |

On about 1700 hours, of the Fourteenth Day of Jumada I, in the year of One Thousand Four Hundred and Thirty, Murakush Calendar; or the Ninth Day of May, in the Year of Two Thousand and Nine, Gregorian Calendar Defendants agents for the CITY OF HOLLYWOOD, INC, known as HOLLYWOOD POLICE DEPARTMENT (hereinafter referred as HOLLYWOOD P.D.) did take possession, by changing locks, without consent and removed

1

personal effects of the Aboriginal and Indigenous Land / Royal Property approximately Earth coordinates of 26° 00'56.05" N, 80° 07'55.78 W", at a Sea Level of 0 Meters, within the Timucua Principality of the Tekesta Territory of the Hawab Shariq Region, Samal Marika.

On about 1800 Hours, Twenty Third Day of Jumada I, in the year Fourteen Thirty, Murakush Calendar; or the Eighteenth Day of May, in the Year Two Thousand and Nine, Gregorian Calendar, in a televised report produced by CBS BROADCASTING, INC, STATE OF NEW YORK RESIDENT, doing business as the STATE OF FLORIDA RESIDENT, WFOR- TV CHANNEL 4, agent for HOLLYWOOD P.D, MANNY MARINO released a statement in reference to The Marrakush Science Temple that said "they're claiming some type of right and they're citing evidently some outdated common-law that perhaps applied or was applicable 200 years ago or a hundred years ago."

*I am aware of the facts because I am an injured party to this matter.*
*I declare (or certify, verify, or state) under penalty of perjury under the laws of the Murakush Empire and the United States of America that the foregoing is true and correct.*
Executed on ____ ᵗʰ Day of Jumada II 1430 M.C. (June ____ th, 2009 A.D.).

By: _____
Injured Party

SWORN TO AND SUBSCRIBED before me This ____ day of June, 2009

STACY TAUB
Notary Public - State of Florida
My Comm. Expires Sep 4, 2012
Commission # DD 820030

2

# CIVIL ACTION WARRANT

## *Marrakush Society* ⑦

**WARRANT No. 1430-050909-360 A1**

Marrakush Science Temple ⑦
Jurisprudence Chamber
**Timucua Principality, Tekesta Territory**
C/o Untied States Post Office Box #607
State of Florida REPUBLIC [33302]
40° 1'51.99"N, 74°53'40.86"W
Office: 866.301.6503
Injured Parties: Marrakush Society, Ambassador: Minister:
Consul: Æmer Jabril A. M. El

Vs.

CITY OF HOLLYWOOD, INC
Address: 2600 Hollywood Boulevard,
Hollywood, Florida 33020-480

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 2 | 4 | 1430-0509 |

**DEFENDANT INFORMATION**
NATIONALITY: U.S. CITIZEN
RESIDENCE: STATE OF FLORIDA
MUNICIPALITY: BROWARD COUNTY, FLORIDA
TELEPHONE #   (954) 921-3435
WEBSITE: http://www.hollywoodfl.org
Related Accounts: H.P.D. Incident Report: R3309-014410
COMPLAINT #: 1430-50909

ATTN:
United States District Court for the Southern District of Florida
United States Attorney's Office District of Florida
U.S. Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, Fl. 33394
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about May 9, 2009

Within The Concurrent Jurisdiction of The Southern District of Florida the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF FLORIDA, subjected, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 | Title 42, U.S.C. Chapter 136, Subchapter IX, Part B § 14141 |
|---|---|---|

DATE OF INCIDENT:  May 9, 2009

_Mark Hajee_ — Witness
_Danu Mahamuda El_ — Witness
_[signature]_ — Witness

_Noble: Æmer J. A. El_
Injured Party Allograph

**OATH:** Subscribed and sworn to me this __2__ day of __June__, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this __2__ day of ~~May~~ June in the year 2009 A.D., at the County of ~~Mercer:~~ Broward

_Stacy Taub_
Public Notary/ State Officer

**STACY TAUB**
Notary Public - State of Florida
My Comm. Expires Sep 4, 2012
Commission # DD 820030

*PREPARED BY THE ABORIGINAL LAW FIRM ©1430/2009*

# CIVIL ACTION WARRANT

**WARRANT No. 1430-050909-360 B1**

*Marrakush Society* ⑦

Vs.

Marrakush Science Temple ⑦
Jurisprudence Chamber
**Timucua Principality, Tekesta Territory**
C/o Untied States Post Office Box #607
State of Florida REPUBLIC [33302]
40° 1'51.99"N, 74°53'40.86"W
Office: 866.301.6503
Injured Parties: Marrakush Society, Ambassador: Minister:
Consul: Æmer Jabril A. M. El

HOLLYWOOD POLICE DEPARTMENT
Address: 3250 Hollywood Boulevard.
Hollywood, Florida 33021

| # of CHARGES | CO-DEFTS | POLICY CASE# | DEFENDANT INFORMATION |
|---|---|---|---|
| 2 | 4 | 1430-0509 | NATIONALITY: U.S. CITIZEN |

ATTN:
United States District Court for the Southern District of Florida
United States Attorney's Office District of Florida
U.S. Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, Fl. 33394
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

DEFENDANT INFORMATION
NATIONALITY: U.S. CITIZEN
RESIDENCE: STATE OF FLORIDA
MUNICIPALITY: CITY OF HOLLYWOOD, INC
DEPARTMENT: HOLLYWOOD POLICE DEPT
TELEPHONE # 954-967-4490
WEBSITE: http://www.hollywoodpolice.org/
Related Accounts: H.P.D. Incident Report: R3309-014410
COMPLAINT #: 1430-50909

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about May 9, 2009

Within The Concurrent Jurisdiction of The Southern District of Florida the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF FLORIDA, subject, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 | Title 42, U.S.C. Chapter 136, Subchapter IX, Part B § 14141 |
|---|---|---|

DATE OF INCIDENT: May 9, 2009

_Mark Hajec_       _Sami Muhammad El_       _____
Witness              Witness                  Witness

_Noble: Æmer J M El_
Injured Party Allograph

OATH: Subscribed and sworn to me this 2 day of June, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this 2 day of May June in the year 2009 A.D., at the County of Mercer Broward.

Public Notary/ State Officer

PREPARED BY THE ABORIGINAL LAW FIRM 1430/2009



STACY TAUB
Notary Public - State of Florida
My Comm. Expires Sep 4, 2012
Commission # DD 820030

# CIVIL ACTION WARRANT

## *Marrakush Society* ⑦

Vs.

RICHARD LOSENBECK

Address: 3250 Hollywood Boulevard,

Hollywood, Florida 33021

**WARRANT No. 1430-050909-360 C1**

Marrakush Science Temple ⑦
Jurisprudence Chamber
**Timucua Principality**, **Tekesta Territory**
C/o Untied States Post Office Box #607
State of Florida REPUBLIC [33302]
40° 1'51.99"N, 74°53'40.86"W
Office: 866.301.6503
Injured Parties: Marrakush Society, Ambassador: Minister:
Consul: Æmer Jabril A. M. El

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 2 | 4 | 1430-0509 |

ATTN:
United States District Court for the Southern District of Florida
United States Attorney's Office District of Florida
U.S. Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, Fl. 33394
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

**DEFENDANT INFORMATION**

NATIONALITY: UNITED STATES OF AMERICA
RESIDENCE: STATE OF FLORIDA DRIVER/RESIDENT
MUNICIPALITY: CITY OF HOLLYWOOD
DEPARTMENT: HOLLYWOOD POLICE DEPT
POSITION: OFFICER   BADGE NO. 2426
TELEPHONE : (954)356-7255
WEBSITE:  http://www.hollywoodpolice.org/
RELATED ACCOUNTS: Incident Acct: R3309-014410
COMPLAINT #: 1430-50909

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about May 9, 2009

Within The Concurrent Jurisdiction of The Southern District of Florida the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF FLORIDA, subject, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 | Title 42, U.S.C. Chapter 136, Subchapter IX , Part B § 14141 |
|---|---|---|

**DATE OF INCIDENT:** May 9, 2009

_Mark Hajec_  |  _Sam Mahammad El_  |  _[signature]_
Witness  |  Witness  |  Witness

_Noble: Æmer J M El_
Injured Party Allograph

OATH: Subscribed and sworn to me this 2 day of June, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT , TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this ___ day of May June in the year 2009 A.D., at the County of Mercer Broward.

Public Notary/ State Officer

PREPARED BY THE ABORIGINAL LAW FIRM 143...



STACY TAUB
Notary Public - State of Florida
My Comm. Expires Sep 4, 2012
Commission # DD 820030

# CIVIL ACTION WARRANT

| WARRANT No. 1430-050909-360 D1 | *Marrakush Society* ⑦ |
|---|---|
| Marrakush Science Temple ⑦<br>Jurisprudence Chamber<br>**Timucua Principality**, **Tekesta Territory**<br>C/o Untied States Post Office Box #607<br>State of Florida REPUBLIC [33302]<br>40° 1'51.99"N, 74°53'40.86"W<br>Office: 866.301.6503<br>Injured Parties: Marrakush Society, Ambassador: Minister:<br>Consul: Æmer Jabril A. M. El | Vs.<br><br>MARC TORTORICI<br><br>Address: 2600 Hollywood Boulevard,<br><br>Hollywood, Florida 33020-480 |

| # of CHARGES | CO-DEFTS | POLICY CASE# | DEFENDANT INFORMATION |
|---|---|---|---|
| 2 | 4 | 1430-0509 | NATIONALITY: UNITED STATES OF AMERICA |

ATTN:
United States District Court for the Southern District of Florida
United States Attorney's Office District of Florida
U.S. Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, Fl. 33394
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

NATIONALITY: UNITED STATES OF AMERICA
RESIDENCE: STATE OF FLORIDA DRIVER/RESIDENT
MUNICIPALITY: CITY OF HOLLYWOOD, INC
DEPARTMENT: HOLLYWOOD POLICE DEPT
POSITION: OFFICER   BADGE NO. UNKNOWN
TELEPHONE : (954)356-7255
WEBSITE: http://www.hollywoodpolice.org/
RELATED ACCOUNTS: Incident Acct: R3309-014410
COMPLAINT #: 1430-50909

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about May 9, 2009

Within The Concurrent Jurisdiction of The Southern District of Florida the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF FLORIDA, subject, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.
SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 | Title 42, U.S.C. Chapter 136, Subchapter IX, Part B § 14141 |
|---|---|---|

DATE OF INCIDENT: May 9, 2009

_____   _____   _____
Witness           Witness           Witness

_____
Injured Party Allograph

OATH: Subscribed and sworn to me this 2 day of June, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this 2 day of May in the year 2009 A.D., at the County of Mercer, Broward.

_____
Public Notary/ State Officer

STACY TAUB
Notary Public - State of Florida
My Comm. Expires Sep 4, 2012
Commission # DD 820030

PREPARED BY THE ABORIGINAL LAW FIRM 1430

# CIVIL ACTION WARRANT

WARRANT No. 1430-050909-360 E1

*Marrakush Society* ⑦

Vs.

MANNY MARINO

Address: 3250 Hollywood Boulevard,

Hollywood, Florida 33020-480

Marrakush Science Temple ⑦
Jurisprudence Chamber
**Timucua Principality, Tekesta Territory**
C/o Untied States Post Office Box #607
State of Florida REPUBLIC [33302]
40° 1'51.99"N, 74°53'40.86"W
Office: 866.301.6503
Injured Parties: Marrakush Society, Ambassador: Minister: Consul: Æmer Jabril A. M. El

| # of CHARGES | CO-DEFTS | POLICY CASE# |
|---|---|---|
| 2 | 4 | 1430-0509 |

ATTN:
United States District Court for the Southern District of Florida
United States Attorney's Office District of Florida
U.S. Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, Fl. 33394
Cc: United States Department of Justice
Office of Attorney General
Federal Bureau of Investigation
President of the United States of America: Barack Obama

DEFENDANT INFORMATION

NATIONALITY: UNITED STATES OF AMERICA
RESIDENCE: STATE OF FLORIDA DRIVER/RESIDENT
MUNICIPALITY: CITY OF HOLLYWOOD, INC
DEPARTMENT: HOLLYWOOD POLICE
POSITION: OFFICER   BADGE NO. UNKNOWN
TELEPHONE : (954)356-7255
WEBSITE:  http://www.hollywoodpolice.org/
RELATED ACCOUNTS: Incident Acct: R3309-014410
COMPLAINT #: 1430-50909

By certification or on Oath the complainant says that to the best of his/ her knowledge and information on or about May 18, 2009

Within The Concurrent Jurisdiction of The Southern District of Florida the Defendant did willfully, knowingly and purposely, under color of any statute, ordinance, regulation, custom, or usage, of the STATE OF FLORIDA, subject, or caused to be subjected, the Injured Party to the deprivation of his rights, privileges, or immunities secured by the Constitution and laws.

SEE AFFIDAVIT OF FACT
In violation of:

| Original Charge | Title 42, U.S.C. Chapter 21, Subchapter I, § 1983 | Title 42, U.S.C. Chapter 136, Subchapter IX, Part B § 14141 |
|---|---|---|

DATE OF INCIDENT:  May 18, 2009

_Mark Hajec_
Witness

_Dann Muhammada EL_
Witness

_[signature]_
Witness

_Noble: PM El_
Injured Party Allograph

OATH: Subscribed and sworn to me this 2 day of June, 2009. TO ANY PEACE OFFICER, OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT, YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THIS COURT, TO ANSWER THIS COMPLAINT. DEFENDANT SHALL ISSUE A CERTIFIED BOND IN THE PENAL SUM OF $20,000,000 LAWFUL UNITED STATES MONEY, PAYABLE AS RELIEF AND REMEDY TO THE INJURED PARTY UPON THE APPEARANCE OF THE DEFENDANT IN THIS COURT, TO ANSWER THIS COMPLAINT. Having witnessed the signing and sealing of the foregoing Verified Declaration, I place my hand and seal hereon as an authentic act as a Public Notary, on this 2 day of May June in the year 2009 A.D., at the County of Mercer, Broward

Public Notary/ State Officer

*PREPARED BY THE ABORIGINAL LAW FIRM*

STACY TAUB
Notary Public - State of Florida
My Comm. Expires Sep 4, 2012
Commission # DD 820030

%JS 44  (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
MARRAKUSH SCIENCE TEMPLE, MARRAKUSH SOCIETY

## DEFENDANTS
CITY OF HOLLYWOOD, INC, HOLLYWOOD POLICE, et al

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   BROWARD
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

ABORIGINAL LAW FIRM
Noble: Æmer Jabril A. M. El
Timucua Principality, Tekesta Territory
c/o USPO BOX 607 *Florida Republic [33302]  866.301.6503*

Attorneys (If Known)

**(d)** Check County Where Action Arose:  ☐ MIAMI-DADE  ☐ MONROE  ☑ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

*0:09CV60828-Gold-McAliley*

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☑ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☑ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☐ NO       b) Related Cases ☐ YES ☐ NO

JUDGE _____       DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause **(Do not cite jurisdictional statutes unless diversity)**:

U.S.C Title 42, Chapter 21, Subchapter 1, § 1983.. Deprivation of rights

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 12,451.03
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
*Noble: Æmer J-M El*

DATE
June 3, 2009

**FOR OFFICE USE ONLY**
AMOUNT _____   RECEIPT # _____   IFP *yes*