AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

FILED by ___VT___ D.C.
ELECTRONIC

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

June 3, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

MARRAKUSH SOCIETY )
_Plaintiff_ )
v. ) Civil Action No. **09-CV-60828-Gold-McAliley**
CITY OF HOLLYWOOD, INC, et al )
_Defendant_ )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ n/a _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My take-home pay or wages are: $ _____ per *(specify pay period)* _____ n/a _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment       ❏ Yes    ❏ No
(b) Rent payments, interest, or dividends                ❏ Yes    ❏ No
(c) Pension, annuity, or life insurance payments         ❏ Yes    ❏ No
(d) Disability, or worker's compensation payments        ❏ Yes    ❏ No
(e) Gifts, or inheritances                               ❏ Yes    ❏ No
(f) Any other sources                                    ❏ Yes    ❏ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:   $ _____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
n/a

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
n/a

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
n/a

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
n/a

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:    06/03/2009                                    _Noble: Æmer J-m El_
                                                              Applicant's signature

                                                           Noble: Æmer Jabril A. M El
                                                                 *Printed name*



**Aboriginal Law Firm**
**Jurisprudence Office**
**Timucua Principality, Tekesta Territory**
C/o: United States Post Office Box 607
Florida State Republic [33302]
40° 1'51.99"N  74° 53'40.86"W
Toll Free / Fax: 866.301.6503

TO: UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
U.S. Federal Building and Courthouse
United States District Court Clerk's Office
Fort Lauderdale, FL 33301
Phone: (954)769-5400

ATTN: Steven M. Larimore, Clerk of Court

The Marrakush Society is an Ecclesiastical Imperial Civil Jural Society, and Aboriginal Entity on file with the Gloucester County Clerk of New Jersey, Docket No: 50480, MS 14 230, Cumberland County Clerk of New Jersey, Instrument No: 341828 Bk: 4057, Pg: 6579, Secretary of the District of Columbia Apostille No: 201512 and Broward County Record Division of Florida, Instrument No: 108385178 Bk: 459060, Pg: 842, Secretary of State, State of Florida Apostille No: 2009-4666.

Pursuant to the Barbary Treaties with the Murakush Empire, the United Nations Declaration on the Rights of Indigenous Peoples, IACHR Inter-American Draft on the Right of Indigenous Peoples, and Florida State Statute Title XXXVI, Chapter 622.

*Crandall v. Nevada*, 73 U.S. 35 (1867) provides that all Sovereign and Private Civilians shall have free access to all judicial proceedings.

Always in Honor!

_Noble: Ahmad El_

Cc: Honorable Federico A. Moreno., Chief Judge