UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60830-CV-GOLD/McALILEY
(LEAD Case No. 09-60828)

INTER-CONTINENTAL ABORIGINAL
UNION MARRAKUSH SOCIETY,

    Plaintiff,

v.

CBS BROADCASTING., et al.

    Defendants.

_____/

## ORDER CONSOLIDATING CASES

THIS CAUSE is before the Court *sua sponte*. I recently accepted transfer of Case No. 09-60830, which involves the same subject matter and factual background as Case No. 09-60828. Therefore, Case No. 09-60830 is consolidated with Case No. 09-60828 Case No. 09-60828 will be the lead case and Case No. 09-60830 will be closed. Accordingly, it is hereby

    ORDERED AND ADJUDGED:

1. Case No. 09-60830-CIV-GOLD/McALILEY and Case No. 09-60828-CIV-GOLD/McALILEY shall be consolidated, designating Case No. 09-60828-CIV-GOLD/McALILEY as the lead case.

2. The Clerk of Court is instructed to close Case No. 09-60830-CIV-GOLD/McALILEY.

3. This Order should be docketed in both Case No. 09-60828-CIV-GOLD/McALILEY and Case No. 09-60830-CIV-GOLD/McALILEY.

4. **All future papers shall be filed in Lead Case No. 09-60828-CIV-**

**GOLD/McALILEY.**

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of July, 2009.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record